**Motion GRANTED.**

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:13-cr-00081 |
| ) | Judge Trauger |
| BRIAN SCOTT BOTTOMS ) | |
|     Defendant. ) | |

## MOTION TO SET HEARING ON PENDING MOTIONS AFTER AUGUST 1, 2013

Comes now the Defendant, by and through counsel, and respectfully requests that the Court not set a hearing on the motions filed contemporaneous with this motion until after August 1, 2013 as Defendant's counsel will not be in town until after July 31, 2013.

    Respectfully Submitted,
    s/Thomas F. Bloom
    Thomas F. Bloom
    BPR # 11950
    911 Marengo Lane
    Nashville, TN. 37204
    (615) 260-5952

## CERTIFICATE OF SERVICE

I hereby certify that I have provided a true and exact copy of the foregoing to all interested parties via the ECF system on this 11th day of July, 2013.

    s/ Thomas F. Bloom