**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

UNITED STATES OF AMERICA     )
                               )
                               )
v.                               )     Criminal No. 3:13-00081
                               )     Judge Trauger
                               )
BRIAN SCOTT BOTTOMS     )

## O R D E R

     The defendant's Motion to Reset Trial Date Extend Time For Pre-Trial Motions And Produce Discovery (Docket No. 72) is **GRANTED**. By separate order, the trial is being reset for May 27, 2014. All pretrial motions shall be filed by April 1, 2014.

     It is so **ORDERED**.

     ENTER this 25th day of February 2014.

                                  _____
                                   ALETA A. TRAUGER
                                   U.S. District Judge