> Motion GRANTED.
> Hearing set for 3/10/14 at 2:30 p.m.

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-cr-00081 |
| | ) | Judge Trauger |
| BRIAN SCOTT BOTTOMS | ) | |
|     Defendant. | ) | |

## MOTION TO CHANGE OF PLEA

Comes now the Defendant, Brian Scott Bottoms, *pro se*, and notifies the Court that he desires to change his plea in accordance with the Plea Agreement offered by the Government on February 25, 2014 and the assurances made at that time. The Defendant requests that a hearing be set at the Court's earliest convenience and requests the presence of his stand-by counsel, Thomas F. Bloom. If at all possible, the Defendant asks that the hearing be set on Monday, March 10 but, in any event, prior to Wednesday, March 12, 2014 because attorney Bloom will be unavailable between March 12 and March 17, 2014.

Respectfully submitted,

  s/Brian s. Bottoms
With permission by

  s/Thomas F. Bloom.
Thomas F. Bloom
BPR 11950
911 Marengo Lane
Nashville, Tennessee 37204
(615) 260-5952

## CERTIFICATE OF SERVICE

I hereby certify that I have provided a true and exact copy of the foregoing to all interested parties via the ECF system on this 3rd day of March, 2014.